NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOSEPH MICHAEL D'ANGIOLINI,**

*Petitioner-Appellant*

**v.**

**SECRETARY OF HEALTH AND HUMAN SERVICES,**

*Respondent-Appellee*

---

2015-5141

---

Appeal from the United States Court of Federal Claims in No. 1:99-vv-00578-LB, Judge Lawrence J. Block.

---

**JUDGMENT**

---

BARRY W. KRENGEL, Dolchin, Slotkin & Todd, P.C., Philadelphia, PA, argued for petitioner-appellant.

HEATHER LYNN PEARLMAN, Vaccine/Torts Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by GABRIELLE M. FIELDING, VINCENT J. MATANOSKI, RUPA BHATTACHARYYA, BENJAMIN C. MIZER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 April 12, 2016         /s/ Daniel E. O'Toole
Date         Daniel E. O'Toole
        Clerk of Court